So Ordered.

_____

Diane Davis
United States Bankruptcy Judge

Signed this 18 day of November, 2014.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re

      Swati Singh
          Debtor

_____

**ORDER AVOIDING
JUDICIAL LIEN**
Chapter 13
Case no. 14-61384-6-dd

UPON the Motion of Carol Malz, Esq., attorney for the Debtor, to avoid a judicial lien which impair the Debtor's homestead exemption, *11 U.S.C. §522(f)*, and

UPON notice having been properly served, a lack of any objection, and due deliberation being had,

IT IS HEREBY ORDERED THAT the following judicial lien is avoided:

- **Cavalry SPV 1, LLC, as Assignee of HSBC Nevada, N.A.,** Supreme Court, County of Delaware, State of New York, Index no. 2012-251, judgment entered June 28, 2012 for $3,476.69, document number 166987.

IT IS FURTHER ORDERED that the Delaware County Clerk's Office in Delhi, New York, may make a notation on said records to said effect and upon tender of the appropriate fee to the Delaware County Clerk's Office, together with a certified copy of this Order, the Delaware County Clerk's Office may file a copy of this Order in the appropriate registry and mark its records accordingly.

SO ORDERED.

###